IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER KING,**

Petitioner,

v.

**J. CROSS,**

Respondent.                                            No. 10-CV- 879-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court, the habeas petition is **DENIED** and this petition is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                            BY:      /s/*Sandy Pannier*
                                       **Deputy Clerk**

Dated: November 22, 2011

David R. Herndon
2011.11.22
17:53:14 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT